In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-18-00112-CV
_____

## IN RE KIMBERLY MICHELLE DUBOIS

**Original Proceeding**
**1st District Court of Jasper County, Texas**
**Trial Cause No. 36495**

## MEMORANDUM OPINION

Kimberly Michelle Dubois filed a petition for a writ of mandamus and a motion for temporary relief. She asks this Court to order the trial court to vacate all temporary orders and dismiss the subject proceeding to adjudicate parentage. After reviewing the petition and the appendix, we conclude that Dubois failed to establish that she is entitled to the relief sought. The petition and motion for temporary relief are denied. *See* Tex. R. App. P. 52.8(a).

PETITION DENIED.

PER CURIAM

Submitted on March 28, 2018
Opinion Delivered March 29, 2018

Before McKeithen, C.J., Kreger and Johnson, JJ.

1